**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6894**

_____

STANLEY EARL CORBETT, JR.,

Plaintiff - Appellant,

v.

JAMES HENRY CANDELARIO; CURTIS MURRAY; JAMIE EMMANUEL HOLMES; OFFICER MIZZELLE; ISLAM AYESH; OFFICER PERKINS; MR. HATLEY; OFFICER FISHER; OFFICER HALE; OFFICER GRANDY,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:19-ct-03361-M)

_____

Submitted:  November 22, 2022                    Decided:  November 29, 2022

_____

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Stanley Earl Corbett, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Earl Corbett, Jr., seeks to appeal the district court's order denying his motions for default judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Corbett seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*